UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Jack Alexander,

                Plaintiff(s),             Case No.: 15-cv-267-JED-TLW

v.

Creek County Public Facilities Authority et al,

                Defendant(s).

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Joint Motion to Reschedule Settlement Conference (Dkt. # 29) in which the Parties seek a continuance of the Settlement Conference presently set on 03/08/2016.  For good cause shown, the Court finds that the Motion should be and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement due by 04/26/2016;

Defendant's Settlement Conference Statement due by 05/03/2016;

Settlement Conference Rescheduled for 05/10/2016 at 1:30 p.m.

FURTHER, all mandatory guidelines set forth in the Court's original Settlement Conference Order shall remain in effect.

**SO ORDERED** this 22nd day of December, 2015.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE