IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JACK ALEXANDER, as the Personal Representative of the Estate of JAMES ALEXANDER, Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>(1) CREEK COUNTY PUBLIC FACILITIES AUTHORITY; and<br>(2) ADVANCED CORRECTIONAL HEALTHCARE, INC.<br><br>　　　　Defendants. | Case No. 15-CV-267-JED-TLW |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

All parties jointly stipulate that the above-styled case should be dismissed without prejudice. Each party is to bear their respective costs and fees.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Ambre C. Gooch
　　　　　　　　　　　　　　　　　　Ambre C. Gooch, OBA No. 16586
　　　　　　　　　　　　　　　　　　COLLINS, ZORN & WAGNER, P.C.
　　　　　　　　　　　　　　　　　　429 NE 50th, Second Floor
　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73105
　　　　　　　　　　　　　　　　　　Telephone: (405) 524-2070
　　　　　　　　　　　　　　　　　　Facsimile: (405) 524-2078
　　　　　　　　　　　　　　　　　　E-mail Address for service:
　　　　　　　　　　　　　　　　　　gooch@czwglaw.com

　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT CREEK COUNTY PUBLIC FACILITIES AUTHORITY

　　　　　　　　　　　　　　　　　　s/Carla Stinnett
　　　　　　　　　　　　　　　　　　Carla R. Stinnett
　　　　　　　　　　　　　　　　　　G. Gene Thompson
　　　　　　　　　　　　　　　　　　STINNETT LAW
　　　　　　　　　　　　　　　　　　404 East Dewey Avenue, Suite 202
　　　　　　　　　　　　　　　　　　Sapulpa, OK 74066
　　　　　　　　　　　　　　　　　　via e-mail at: carla@stinnettlaw.com

ATTORNEYS FOR PLAINTIFF

s/ Mike McMillin
Michael S. McMillin
Fenton, Fenton, Smith, Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102
via email at: msmcmillin@fentonlaw.com

ATTORNEY FOR DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Carla R. Stinnett - via electronic mail at: carla@stinnettlaw.com
G. Gene Thompson - via electronic mail at: gene@stinnettlaw.com
STINNETT LAW
404 East Dewey Avenue, Suite 202
Sapulpa, OK 74066
*Attorneys for Plaintiff*

Michael S. McMillin - via electronic mail at: msmcmillin@fentonlaw.com
Fenton, Fenton, Smith, Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102
*Attorney for Defendant Advanced Correctional Healthcare, Inc.*

s/Ambre C. Gooch
Ambre C. Gooch